UNITED STATES of America,
Plaintiff–Appellee,

v.

Faruk CURTIS, Defendant–Appellant.

No. 10–10668

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 3, 2010.

Tiffany Hope Eggers, Thomas F. Kirwin, Assistant U.S. Attorney, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Chet Kaufman, Randolph P. Murrell, Federal Public Defender, Tallahassee, FL, Thomas S. Keith, Federal Public Defender's Office, Pensacola, FL, for Defendant–Appellant.

Faruk Azim Curtis, White Deer, PA, pro se.

Before EDMONDSON, BLACK and PRYOR, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Curtis in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Curtis's conviction and sentence are AFFIRMED.